# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANY BARBA, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>NO. 8, LLC d/b/a CAMPHOR, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No.: CV 22-6221-DMG (Ex)<br><br>**ORDER APPROVING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) [30]** |

Upon due consideration of the parties' stipulation, and good cause appearing, the Court DISMISSES the above-captioned action with prejudice as to Plaintiff's claims. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: May 26, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE